IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 14-mj-1009 |
| v. | ) | |
| | ) | |
| BRUCE EDWARD LITTLE | ) | |

O R D E R

The government's motion to dismiss (Docket Entry No. 4) is GRANTED.

The complaint issued on January 8, 2014, is hereby DISMISSED.

The U.S. Marshal is directed to return the warrant unexecuted.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge